STATE v. THOMAS

No. 12 PC.

Case below: 34 N.C. App. 594.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.

STATE v. VEHAUN

No. 37 PC.

Case below: 34 N.C. App. 700.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.

STATE v. WALKER

No. 28 PC.

Case below: 34 N.C. App. 485.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.

STATE v. WINSTEAD

No. 27 PC.

Case below: 34 N.C. App. 750.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.